PROB 12B
(7/93)

Report Date: October 31, 2012

# United States District Court

### for the

### Eastern District of Washington

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
#### (Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Cody Jay Peone          Case Number: 2:11CR00088-002

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, U.S. District Judge

Date of Original Sentence: 9/27/2011          Type of Supervision: Supervised Release

Original Offense: Mail Theft, 18 U.S.C. § 1708;          Date Supervision Commenced: 7/13/2012
Possessing, Making, and Uttering Forged Security of
an Organization, 18 U.S.C. § 513(a)

Original Sentence: Prison - 11 Months;          Date Supervision Expires: 7/12/2015
                   TSR - 36 Months

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

19      You shall abstain from the use of alcohol and you shall not enter into or remain in any establishment where
        alcohol is the primary item of sale.

### CAUSE

On October 12, 2012, Mr. Peone's mother contacted me and reported that Mr. Peone had moved out of her residence on October 5, 2012. She further reported that she was unaware of his new residence. At that time, Mr. Peone had neither notified me 10 days prior to changing his address, nor provided this officer with his new address. Contact was made with Mr. Peone and he was instructed to report to the probation office on October 16, 2012.

Mr. Peone reported as instructed and admitted that he changed his address due to a conflict with his mother. Mr. Peone advised that from October 5, 2012, through October 16, 2012, he had been staying with friends in Spokane, Washington. He also disclosed that on October 12, 2012, he had been cited by the Bonner County Sheriff's Department, in Idaho, for Possession of a Controlled Substance; to-wit: Spice; that he had consumed alcohol in excess; smoked Spice; and ingested an unknown narcotic painkiller. Mr. Peone explained that during the evening of October 11, 2012, he realized he had no place to reside and became depressed. He then decided to imbibe alcohol with friends to the point of intoxication. While drinking, he was given, and ingested, an unknown narcotic painkiller and smoked Spice.

Prob 12B
**Re:  Peone, Cody Jay**
**October 31, 2012**
**Page 2**

Mr. Peone has been verbally reprimanded. I worked with Mr. Peone's family to secure a sober residence with his grandfather, a former sheriff from Umatilla County, Oregon. Mr. Peone has been participating in group and individual outpatient substance abuse treatment sessions since July 26, 2012. Mr. Peone, through his grandfather, has arranged to enter the Teen Challenge recovery program, a 1 year program that will provide Mr. Peone structured sober housing, substance abuse treatment, mental health treatment, and teach life skills. Mr. Peone's grandfather has agreed to sponsor the tuition for Teen Challenge, and Mr. Peone made a verbal commitment to me and his grandfather that he will participate in, and work diligently to successfully complete, the program.

Although he has committed a number of violations, it is respectfully recommended that Mr. Peone remain on supervised release to continue addressing his addictions through Teen Challenge. In an attempt to curb any future alcohol consumption and the resulting poor choices, it is also recommended that Mr. Peone's conditions of supervised release be modified to include the attached condition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   October 31, 2012
_____

s/Shane Moore
_____

Shane Moore
U.S. Probation Officer
_____

## THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other

_____
Signature of Judicial Officer

10/31/12
_____
Date