PROB 12C
(7/93)

Report Date: January 22, 2015

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 22 2015

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Cody Jay Peone                Case Number: 0980 2:11CR00088-002

Address of Offender: [redacted] Prosser, Washington 99350

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: September 27, 2011

| | |
|---|---|
| Original Offense: | Mail Theft, 18 U.S.C. § 1708; Possessing, Making, and Uttering a Forged Security of an Organization, 18 U.S.C. § 513(a); |
| Original Sentence: | Prison 11 months; TSR - 36 months |
| Asst. U.S. Attorney: | George J. C. Jacobs, III |
| Defense Attorney: | Bevan J. Maxey |

Type of Supervision: Supervised Release

Date Supervision Commenced: July 13, 2012

Date Supervision Expires: July 12, 2015

---

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 1**: The defendant shall not leave the judicial district without the permission of the court or probation officer.<br><br>**Supporting Evidence**: Cody Peone is considered in violation of his period of supervised release by entering the district of Idaho without first obtaining permission.<br><br>On January 21, 2015, attempts were made to contact individuals who might know the defendant's whereabouts. Two individuals noted the defendant had been in the Coeur d'Alene area of Idaho in the past two weeks visiting friends. Both of these individuals provided the same information independent of the other. |
| 2 | **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.<br><br>**Supporting Evidence**: Cody Peone is considered in violation of his period of supervised release by failing to report as directed on or prior to January 6, 2015, and January 9, 2015. |

        The defendant is required to report on the first Tuesday of each month to supply a monthly report. After the defendant failed to report on January 6, 2015, an E-mail was sent directing the defendant to report on January 9, 2015. The defendant replied on January 11, 2015, in an E-mail noting he had received my direction to report on January 9, 2015, but he had to work. The defendant stated he would report on January 12, 2015, if I was in the office. The defendant was sent a responding E-mail that he was to report between 9 a.m. and noon on January 12, 2015, and if he did not report a violation report would be sent to the Court. The defendant again failed to report.

3      **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

      **Supporting Evidence**: Attempts have made to contact the defendant by phone, E-mail, and text. The defendant has failed to respond to each. On January 21, 2015, contact was made with the defendant's roommate who advised he has not resided at the residence since January 15, 2015. At this time the defendant's whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/22/2015

s/David L. McCary

David L. McCary
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

1/22/15
Date