PROB 12C
(6/16)

Report Date: January 27, 2017

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 27, 2017

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Cody Jay Peone | Case Number: 0980 2:11CR00088-LRS-2 |

Address of Offender: ▓▓▓▓▓▓▓▓▓▓ Newport, Washington 99156

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: September 27, 2011

| | | |
|---|---|---|
| Original Offense: | Mail Theft, 18 U.S.C. § 1708; Possessing, Making, and Uttering Forged Security of an Organization, 18 U.S.C. § 513(a); | |
| Original Sentence: | Prison: 11 months;<br>TSR:  36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(02/25/2015) | Prison: 5 months;<br>TSR: 31 months | |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: June 20, 2015 |
| Defense Attorney: | Federal Defenders | Date Supervision Expires: January 19, 2018 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 8:** The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.<br><br>**Supporting Evidence**: Mr. Peone violated the terms of his supervised release by meeting with a past drug distributor at his residence in Spokane, Washington, in order to obtain heroin on January 21, 2017. |
| 2 | **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Peone violated the terms of his supervised release by consuming heroin on or about January 21, 2017.  He admitted this use to the undersigned officer and signed a drug use admission from on January 25, 2017. |

Prob12C
**Re: Peone, Cody Jay**
**January 27, 2017**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   01/27/2017

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

1/27/2017

Date