PROB 12C
(6/16)

Report Date: May 5, 2017

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY -8 2017

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Cody Jay Peone                Case Number: 0980 2:11CR00088-LRS-2

Address of Offender: ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: September 27, 2011

| | | |
|---|---|---|
| Original Offense: | Mail Theft, 18 U.S.C. § 1708; Possessing, Making, and Uttering Forged Security of an Organization, 18 U.S.C. § 513(a) | |
| Original Sentence: | Prison - 11 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>February 25, 2015 | Prison - 5 months<br>TSR - 31 months | |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: June 20, 2015 |
| Defense Attorney: | Federal Defenders | Date Supervision Expires: January 19, 2018 |

## PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/27/2017.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On July 26, 2012, Mr. Peone was read his judgment and the conditions of supervision were explained to him. Mr. Peone understood that failing to follow his conditions would result in violation reports to the Court.

On May 3, 2017, Mr. Peone called the undersigned officer and self-disclosed that he had used heroin. He was directed to report to the United States Probation Office in Spokane, Washington, for a meeting on May 5, 2017.

On May 5, 2017, Mr. Peone reported to the United States Probation Office in Spokane, Washington. He signed a drug use admission form stating he used heroin on May 2, 2017.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 05/05/2017

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

5/8/17
Date